**Opinion filed October 28, 2010**



In The

# Eleventh Court of Appeals

_____

## No. 11-10-00193-CV

_____

## JACQUELINE BURTON AND GARY BURTON, Appellants

## V.

## CHIA-LIEN WANG, M.D., Appellee

**On Appeal from the 170th District Court**

**McLennan County, Texas**

**Trial Court Cause No. 2008-4534-4**

### M E M O R A N D U M   O P I N I O N

Chia-Lien Wang, M.D. has filed in this court a motion to dismiss the appeal for want for prosecution. Wang states that appellants' brief is past due. On October 11, 2010, the clerk of this court wrote the parties and requested that appellants respond to the motion to dismiss on or before October 19, 2010. There has been no response to our October 11 letter.

Therefore, the motion is granted, and the appeal is dismissed.

PER CURIAM

October 28, 2010

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.